Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LUZ LOPEZ MARTINEZ, GERARDO MARTINEZ and RAFAEL VAZQUEZ, INDIVIDUALLY and d/b/a LOMAS CAFE MEXICAN RESTAURANT, <br><br> Defendants. | Case No. _____'08 CV 0102 JAH NLS <br><br> CERTIFICATION AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

Page 1

1 | **Defendant,** Luz Lopez Martinez, individually and d/b/a Lomas Cafe Mexican Restaurant

2 | 3218 Main Street, Suite A
3 | Chula Vista, CA 91911

4 | **Defendant,** Gerardo Martinez, individually and d/b/a Lomas Cafe Mexican Restaurant

5 | 3218 Main Street, Suite A
6 | Chula Vista, CA 91911

7 | **Defendant,** Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant

8 | 3218 Main Street, Suite A
9 | Chula Vista, CA 91911

12 | Dated: 1/16/08

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///