Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -3 AM 11:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

J & J Sports Productions, Inc.

vs

Luz Lopez Martinez, Gerardo Martinez and Rafael Vasquez, individually and d/b/a Lomas Cafe Mexican Restaurant

SUMMONS IN A CIVIL ACTION

Case No. CV 08-0102 JAH NLS

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR.

APR 03 2008

CLERK
J. PARIS

By _____, Deputy Clerk                         DATE

Summons in a Civil Action                                                                                   Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)