| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |

ATTORNEY FOR (Name): **PLAINTIFF**    LOMAS CAFE MEX REST 1/21/06

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA  92101-8900

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

MARTINEZ

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>CV080102JAHNLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served:    LUZ LOPEZ MARTINEZ, INDIVIDUALLY AND D/B/A LOMAS CAFE MEXICAN RESTAURANT

4. Address where the party was served:    3218 MAIN STREET, SUITE A
   CHULA VISTA, CA  91911

5. I served the party
   b. **by substituted service.** On:    April 19, 2008 at: 06:15 pm I left the documents listed in item 2
   with or in the presence of    RAFEAL VASQUEZ – PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. J. MAYER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

d. **The fee** for service was: $80.00
e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: 1911
   (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2008

_____ J. MAYER

Judicial Council form POS-010 Rev. 01/01/07    **PROOF OF SERVICE**    C97C3-1/ssgensco

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | | (626) 799-9797 | | |
| THOMAS P. RILEY, LAW OFFICES OF | | | | |
| 1114 FREMONT AVENUE | | tprlaw@att.net | | |
| SOUTH PASADENA, CA 91030 | | Ref No. or File No | | |
| ATTORNEY FOR (Name)    PLAINTIFF | | LOMAS CAFE MEX REST 1/21/06 | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA 92101-8900

PLAINTIFF:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:

MARTINEZ

| DECLARATION RE: DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV080102JAHNLS |

I received the within process on April 10, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   LUZ LOPEZ MARTINEZ, INDIVIDUALLY AND D/B/A LOMAS CAFE MEXICAN RESTAURANT

Residence:   Residence address was not known at the time of service.

Business:   3218 MAIN STREET, SUITE A, CHULA VISTA, CA 91911

As enumerated below:

```
April 15, 2008   11:30 pm
        NOT IN (BUSINESS).
April 17, 2008   04:00 pm
        NOT IN (BUSINESS).
April 18, 2008   11:45 am
        NOT IN (BUSINESS).
April 19, 2008   06:14 pm
        NOT IN (BUSINESS) PER RAFEAL VASQUEZ, PERSON IN CHARGE.
April 19, 2008   06:15 pm
        SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
        AS NAMED.
```

**Person who served papers**
  J. MAYER
  ABSOLUTE SERVICE OF LOS ANGELES
  1301 WEST SECOND STREET, SUITE 204
  LOS ANGELES, CA 90026
  (213) 481-7334

**The fee** for service was: $80.00
I am: registered California process server.
    independent contractor
    Registration No.: 1911
    County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2008

_____
                J. MAYER

Judicial Council form POS-010          **DECLARATION REGARDING DILIGENCE**          09703-1/ssdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |

ATTORNEY FOR (Name): PLAINTIFF    LOMAS CAFE MEX REST 1/21/06

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA 92101-8900

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

MARTINEZ

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | CV080102JAHNLS |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **April 21, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL ACTION, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

LUZ LOPEZ MARTINEZ, INDIVIDUALLY AND D/B/A LOMAS CAFE MEXICAN RESTAURANT
3218 MAIN STREET, SUITE A
CHULA VISTA, CA 91911

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $80.00
I am: registered California process server.
   employee
   Registration No.: 5211
   County: LOS ANGELES

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2008                      _____
                                                          M. MANCHESTER

Judicial Council form POS-010              PROOF OF SERVICE BY MAIL              08703-1associnal