Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LUZ LOPEZ MARTINEZ, GERARDO MARTINEZ, RAFAEL VASQUEZ INDIVIDUALLY and d/b/a LOMAS CAFÉ MEXICAN RESTAURANT, <br><br> Defendant. | Case No. 3:08-cv-00102-JAH-NLS <br><br> **REQUEST TO ENTER DEFAULT** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, J & J Sports Production, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against **LUZ LOPEZ MARTINEZ, GERARDO MARTINEZ, RAFAEL VASQUEZ INDIVIDUALLY and d/b/a LOMAS CAFÉ MEXICAN RESTAURANT,** on the grounds that said Defendants have failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

1    Said Defendants were duly served with the Summons and Complaint, evidenced by the Proof of
2    Service on file with this Court.

3

4

5    Dated:  June 2, 2008                     /s/ Thomas P. Riley
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
6                                             By: Thomas P. Riley
                                              Attorneys for Plaintiff
7                                             J & J Sports Production, Inc.

8
     ///
9
     ///
10
     ///
11
     ///
12
13   ///
14
     ///
15
16   ///
17
     ///
18
     ///
19
     ///
20
     ///
21
22
23
24
25
26
27
28

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 2, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Luz Lopez Martinez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

Gerardo Martinez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

Rafael Vasquez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 2, 2008, at South Pasadena, California.

Dated:  June 2, 2008                      */s/ Emily Stewart*
                                          **EMILY STEWART**