**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTION, INC.,** | **Case No. 3:08-cv-00102-JAH-NLS** |
| **PLAINTIFF,** | **AFFIDAVIT OF PLAINTIFF'S** |
| **VS.** | **COUNSEL IN SUPPORT OF** |
| | **PLAINTIFF'S REQUEST TO ENTER** |
| | **DEFAULT** |
| **LUZ LOPEZ MARTINEZ, ET AL.** | |
| **DEFENDANT.** | |

**To:  The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1.      I am the attorney for J & J Sports Production, Inc., in the above-entitled action.

2.      On April 19, 2008, Defendants were duly served with Summons and Complaints and supplemental suit papers filed in this action.

3.      On or about April 28, 2008, the Proof of Service, evidencing same was filed with the Court.

4.      The Defendants have not appeared in this action and has not responded to the Complaint within the time permitted by law.

5.      Defendants are not infants, incompetent persons, or persons in military service or

otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

      6.    Plaintiff respectfully requests default in its favor.

      I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated:  June 2, 2008

/s/ **Thomas P. Riley**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Production, Inc.,

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 2, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Luz Lopez Martinez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

Gerardo Martinez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

Rafael Vasquez (Defendant)
3218 Main Street, Suite A
Chula Vista, CA 91911

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 2, 2008, at South Pasadena, California.

Dated: June 2, 2008                    /s/ *Emily Stewart*
                                       **EMILY STEWART**