Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 3:08-cv-00102-JAH-NLS |
| Plaintiff, | NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT |
| vs. | |
| Luz Lopez Martinez, et al., | For: Honorable John A. Houston |
| Defendants. | Date: Monday, August 4, 2008 |
| | Time:  2:30 p.m. |

TO THE HONORABLE JOHN A. HOUSTON, THE DEFENDANTS AND

THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on Monday, August 4, 2008, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above entitled United States District Court, located at 940 Front Street, San Diego, CA 92101, Plaintiff will present its Application for Default Judgment against Defendants Luz Lopez Martinez, Gerardo Martinez, and Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant.

///

///

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 1

The Clerk has previously entered the default of said Defendants on or about June 4, 2008. At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendants are not infants or incompetent persons, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and,

2. Defendants have not appeared in this action; and,

3. Notice of this Application for Default Judgment by Court and supplemental pleadings were served on said Defendants; and,

4. Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

    A. By contract, Plaintiff paid for the proprietary rights to distribute, *"The Battle:" Erik Morales v. Manny Pacquiao II WBC International Super Featherweight Championship Fight Program* broadcast of January 21, 2006, via closed-circuit television (hereinafter referred to as the "*Program*").

    B. With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, the above named Defendants, and/or their agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of the transmission at the address of the establishment, "Lomas Cafe Mexican Restaurant", a food and drink operated by Defendants, and located 3218 Main Street, Ste A, Chula Vista, California 91911. (Please see the concurrently filed Declaration of Affiant.)

    C. Said unauthorized reception, interception and/or exhibition of the *Program* by said Defendants was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

    D. The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C., Section 605, *et seq*.

E.  The unauthorized reception, interception and exhibition of the *Program* at the address of the Defendants' establishment as described herein, is also prohibited by Title 47 U.S.C. sec. 553, *et seq.*

F.  By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendants tortuously obtained possession of the *Program* and wrongly converted same to his own use and benefit.

5.  Plaintiff seeks Judgment in its favor and against the Defendants, in the amount of $100,800.00.  A breakdown of the relief requested under each of the three (3) counts of the Plaintiff's complaint is detailed within the Proposed Order concurrently filed.

6.  By and through this Application, Plaintiff also seeks recovery of its attorneys' fees and relevant costs incurred as provided for pursuant to 47 U.S.C. Section 553, *et seq.* and 47 U.S.C. Section 605, *et seq.*

Respectfully submitted,

Dated:  July 2, 2008          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
BY: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 2, 2008, I served:

**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Luz Lopez Martinez (Defendant)<br>3218 Main Street, Ste A<br>Chula Vista, CA 91911 | Rafael Vazquez (Defendant)<br>3218 Main Street, Ste A<br>Chula Vista, CA 91911 |
| Gerardo Martinez (Defendant)<br>3218 Main Street, Ste A<br>Chula Vista, CA 91911 | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 2, 2008, at South Pasadena, California.

Dated: July 2, 2008                                         */s/ Michelle Ferreira*
                                                            **MICHELLE FERREIRA**