Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Luz Lopez Martinez, et al. <br><br> Defendant. | Case No. 3:08-cv-00102-JAH-NLS <br><br> DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANTS LUZ LOPEZ MARTINEZ, GERARDO MARTINEZ, AND RAFAEL VAZQUEZ INDIVIDUALLY AND d/b/a LOMAS CAFE MEXICAN RESTAURANT |

To: The Clerk of the above-entitled Court:

I, Thomas P. Riley, declare as follows:

1. My firm and I are counsel to J & J Sports Productions, Inc., in the above-entitled action.

2. The Defendants have not appeared in this action and have not responded to the Complaint served upon them within the time permitted by law.

3. Defendants are not infant, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

///

4. On June 2, 2008, a Request for Entry of Default was filed with the Court regarding Defendants Luz Lopez Martinez, Gerardo Martinez and Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant, the instant Defendants.

5. Default was entered on June 4, 2008, against Defendants Luz Lopez Martinez, Gerardo Martinez and Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant.

6. This action involves a claim for damages by Plaintiff J & J Sports Productions, Inc., against Defendants Luz Lopez Martinez, Gerardo Martinez and Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant for misappropriation of a Championship Boxing Program in violation of 47 U.S.C. Section 605, *et seq.*, and 47 U.S.C. Section 553, *et seq.* Plaintiff further alleges that the Defendants committed tort of Conversion. Plaintiff seeks relief on its causes of action as set forth below.

7. Plaintiff respectfully requests judgment in its favor and that damages be awarded to it, as follows:

   a. Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):     $   50,000.00
   b. Violation Title 47 U.S.C. 553 (b)(2) and (c)(2)(c):              $   50,000.00
   c. Tort of Conversion:                                              $      800.00
           Total Amount of Requested Judgment:                         $  100,800.00

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: July 2, 2008            */s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               BY: Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF**
**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**
**BY THE COURT AGAINST DEFENDANT**
**CASE NO. 3:08-cv-00102-JAH-NLS**
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 2, 2008, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Luz Lopez Martinez (Defendant)  
3218 Main Street, Ste A  
Chula Vista, CA 91911

Rafael Vazquez (Defendant)  
3218 Main Street, Ste A  
Chula Vista, CA 91911

Gerardo Martinez (Defendant)  
3218 Main Street, Ste A  
Chula Vista, CA 91911

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 2, 2008 at South Pasadena, California.

Dated: July 2, 2008

/s/ Michelle Ferreira  
**MICHELLE FERREIRA**