```
1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 3:08-cv-00102-JAH-NLS |
| Plaintiff, | DECLARATION OF AFFIANT |
| vs. | |
| Luz Lopez Martinez, et al. | |
| Defendants. | |

**TO THE CLERK OF THE COURT:**

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Respectfully submitted:

Date: July 2, 2008

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

DECLARATION OF AFFIANT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 1

STATE OF __California__

COUNTY OF __San Diego__

### AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on Saturday, January 21, 2006, at 8:10 P.M., I entered "**Lomas Café Mexican Restaurant**," located at 3218 Main Street, Chula Vista, CA 91911. I paid a cover charge of $20.00 to enter this establishment. I ordered one drink from the bartender, who identified himself as "Andy." He is described as a Hispanic male appearing to be approximately 25 years of age, approximately 5'5" in height and 140 pounds in weight, with short to medium-length, wavy black hair. He was attired in blue jeans, a green shirt with the name of "Lomas Café" on the shirt, and brown shoes. I observed three television sets. One was a large, approximate 50-inch television standing on a base, with the center of the screen approximately four feet above the floor. This television was located near the west-facing wall and between two other televisions, each with approximate 27-inch screens, that were located at either end of the west-facing wall, and were on a shelves mounted on the wall. Both shelves were approximately six and one-half feet above the floor. I observed one of the televisions (the 27-inch television in the southwest corner of the establishment) tuned to channel 337. During the time I was inside the establishment, I observed the following program on all television sets: the first and second rounds of the boxing match between Manny Pacquiao and Erik

Morales. Manny Pacquiao wore white trunks with a black waistband, while Erik Erik Morales wore white trunks with a white waistband. The capacity of this establishment is approximately 50. This establishment rates as good. I also observed the following California license plates in the adjacent parking lot, which is located in front:

> CA license plate: 6S43570
> CA license plate: 4VVV705
> CA license plate: 7W89692
> CA license plate: 5CNU542
> CA license plate: 3VXX455
> CA license plate: 7T98663
> CA license plate: 5JTZ847
> CA license plate: 4TXY209
> CA license plate: 5KSB472

Date: January 30, 2005

Thomas L. Musick

Musick Investigations

Ph: 619/303-7681

2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of San Diego } ss.

On January 30, 2006 before me, Darla Palestini, Notary Public, personally appeared Thomas L. Musick,

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*Darla Palestini*
Signature of Notary Public

[Notary Seal: DARLA PALESTINI, COMM. #1574954, Notary Public-California, SAN DIEGO COUNTY, My Comm. Exp. May 1, 2009]

──────── OPTIONAL ────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: Affidavit of Work
Document Date: January 30, 2006    Number of Pages: 2
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: Thomas L. Musick

☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: Self

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# Lomas Café Mexican Restaurant
## January 24, 2006



# Lomas Café Mexican Restaurant
## January 24, 2006



## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 2, 2008, I served:

## DECLARATION OF AFFIANT

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Luz Lopez Martinez   (Defendant)
3218 Main Street, Ste A
Chula Vista, CA 91911

Rafael Vazquez   (Defendant)
3218 Main Street, Ste A
Chula Vista, CA 91911

Gerardo Martinez   (Defendant)
3218 Main Street, Ste A
Chula Vista, CA 91911

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 2, 2008, at South Pasadena, California.

Dated: July 2, 2008

/s/ Michelle Ferreira
**MICHELLE FERREIRA**

DECLARATION OF AFFIANT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 2