1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 3:08-cv-00102-JAH-NLS |
| Plaintiff, | AMENDED NOTICE OF HEARING RE: |
| vs. | NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT |
| Luz Lopez Martinez, et al., | |
| Defendants. | For: Honorable John A. Houston |
| | Date: Monday, August 18, 2008 |
| | Time:  2:30 p.m. |

TO THE HONORABLE JOHN A. HOUSTON, THE DEFENDANTS AND

THEIR ATTORNEYS OF RECORD:

   **PLEASE TAKE NOTICE THAT** on Monday, August 18, 2008, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above entitled United States District Court, located at 940 Front Street, San Diego, CA 92101, Plaintiff will present its Application for Default Judgment against Defendants Luz Lopez Martinez, Gerardo Martinez, and Rafael Vazquez, individually and d/b/a Lomas Cafe Mexican Restaurant.

///

AMENDED NOTICE OF HEARING RE: NOTICE OF APPLICATION
AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 1

1  Defendants and their attorney/s of record are further instructed that this Amended Notice of Hearing re: Application and Application for Default Judgment by the Court supercedes the Notice of Application and Application for Default Judgment by the Court (hereinafter "Plaintiff's Application") previously served upon the Defendants on July 2, 2008 referencing that the Plaintiff's Notice of Application and Application for Default Judgment by the Court would be heard on August 4, 2008 at 2:30 p.m.

As set forth above, Plaintiff's Application will now be heard on August 18, 2008, at 2:30 p.m.

Respectfully submitted,

Dated:  July 9, 2008  /s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
BY: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///

**AMENDED NOTICE OF HEARING RE: NOTICE OF APPLICATION
AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 2**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 9, 2008, I served:

**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Luz Lopez Martinez (Defendant)<br>3218 Main Street, Ste. A<br>Chula Vista, CA 91911 | Rafael Vazquez (Defendant)<br>3218 Main Street, Ste. A<br>Chula Vista, CA 91911 |
| Gerardo Martinez (Defendant)<br>3218 Main Street, Ste. A<br>Chula Vista, CA 91911 | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 9, 2008, at South Pasadena, California.

Dated: July 9, 2008                                 */s/ Michelle Ferreira*
                                                             **MICHELLE FERREIRA**

**AMENDED NOTICE OF HEARING RE: NOTICE OF APPLICATION
AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 3:08-cv-00102-JAH-NLS
PAGE 3**