UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | Civil No.08cv0102 JAH (NLS) |
| Plaintiff, | **ORDER SETTING TELEPHONIC CONFERENCE** |
| v. | |
| LUZ LOPEZ MARTINEZ, et. al., | |
| Defendants. | |

  On the Court's own motion, IT IS HEREBY ORDERED a telephonic status conference shall be held on **September 3, 2008 at 9:30 a.m.** Plaintiff shall initiate the call.

DATED: August 28, 2008

JOHN A. HOUSTON
United States District Judge

08cv0102