UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LUZ LOPEZ MARTINES, et. al., ) <br> ) <br> Defendants. ) <br> ) | Civil No.08cv0102 JAH (NLS) <br><br> **ORDER AMENDING ENTRY OF DEFAULT JUDGMENT** |

On August 18, 2008, a hearing on Plaintiff's motion for entry of default judgment was held. David Ebersole appeared on behalf of Plaintiffs. Although served with notice, no defendants appeared for the hearing. After a review of the motion and declarations in support and hearing argument on behalf of Plaintiff, the Court granted the motion for entry of default judgment and entered judgment on behalf of Plaintiff for $15,000 for the violation of 47 U.S.C. § 605 and $15,000 for the violation of 47 U.S.C. § 553 and $800 for the conversion claim. Plaintiff was directed to file a declaration providing information on attorneys' fees including hours and costs, and a proposed order on or before September 5, 2008.

Following the hearing, the Court determined it misstated the amount Plaintiff should be awarded based upon the facts surrounding Defendants' violations of sections 605 and 553. A telephonic conference was held on September 3, 2008, for the purpose of amending the judgment. Thomas Riley, appeared on behalf of Plaintiff. The Court notified Plaintiff of the amended judgment.

In conjunction with the order issued on the record, IT IS HEREBY ORDERED the judgment entered August 18, 2008, is amended as follows:

1. Plaintiff is awarded $10,000 for Defendants' violation of 47 U.S.C. § 605;
2. Plaintiff is awarded $10,000 for Defendants' violation of 47 U.S.C. § 553.

The remaining orders made on the record at the August 18, 2008 hearing shall remain in effect.

DATED: September 3, 2008

JOHN A. HOUSTON
United States District Judge